■ Kristin Polidori, Appellant, v Societe Generale Group et al., Defendants, and SG Americas Securities, LLC, Respondent. [869 NYS2d 448]—

Conduct of plaintiff's attorney warranting an award of costs includes, inter alia, her failure to appear at one court conference and her lateness at another, and obstreperous conduct at and premature termination of plaintiff's deposition (see O'Neill v Ho, 28 AD3d 626 [2006]; cf. Figdor v City of New York, 33 AD3d 560 [2006]). The notice requirements of part 130 were satisfied and a formal hearing was not required (see RCN Constr. Corp. v Fleet Bank, N.A., 34 AD3d 776, 777 [2006]; Citibank [S.D.] v Ousterman, 279 AD2d 886, 887 [2001]). The Special Referee's occasional expressions of frustration with counsel's conduct do not show bias. We have considered plaintiff's other arguments and find them without merit. Concur—Mazzarelli, J.P., Gonzalez, Catterson, McGuire and Acosta, JJ.

■ The People of the State of New York, Respondent, v Shantae Splunge, Appellant. [868 NYS2d 532]

The court properly exercised its discretion in denying defendant youthful offender treatment (see People v Drayton, 39 NY2d 580 [1976]), in view of the violence and other aggravating circumstances involved in the two robberies of which defendant was convicted. We also perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Gonzalez, Catterson, McGuire and Acosta, JJ.